UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WILEY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>   Defendants. | Case No. 15-cv-05584-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 34 |

  Plaintiffs Peter Wiley and Calliope Ladas have filed a stipulation of dismissal dated March 17, 2016, stating that they have agreed to settle all claims brought against Defendant JP Morgan Chase Bank ("Chase"). ECF No. 34. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  All claims between Plaintiffs and Chase have been dismissed without prejudice. The Clerk is directed to terminate Chase as a party in this case.

  **IT IS SO ORDERED**.

Dated: March 18, 2016

                 _____
                    JON S. TIGAR
                  United States District Judge