UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WILEY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-05584-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 45 |

    Defendant Miguel De Sanz has filed a stipulation of dismissal dated May 12, 2016, stating that he has agreed to settle all claims between Plaintiff and De Sanz.  ECF No. 45.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    All claims between Plaintiff and De Sanz have been dismissed with prejudice.  Pursuant to the stipulation, the Court shall retain jurisdiction to enforce the terms of the agreement.  The Clerk is directed to terminate De Sanz as a party in this case.

    **IT IS SO ORDERED**.

Dated: May 16, 2016

                                                                JON S. TIGAR<br>
                                                       United States District Judge